

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ARTURO JIMENEZ, | § | No. 08-25-00035-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th District Court |
| HECTOR HERNANDEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2023DCV0946) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes that the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order that Appellant pay all costs of this appeal and this decision be certified below for observance.

IT IS SO ORDERED this 21st day of March 2025.


LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.